**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Dominique Spitzers, | Case No. 2:25-cv-00541-JAD-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Golden Technologies, et al., | |
| Defendant. | |

Before this Court is Defendant's motion for spoliation sanctions. ECF No. 21.[1] Plaintiff opposed and Defendant replied. ECF Nos. 22 and 23. The parties are familiar with the arguments. As a result, this Court incorporates them only as relevant to this order.

**Analysis**

Spoliation of evidence is "the destruction or significant alteration of evidence, or the failure to preserve property for another's use as evidence in pending or reasonably foreseeable litigation." *United States v. Kitsap Physicians Serv.*, 314 F.3d 995, 1001 (9th Cir. 2002). "[T]he party alleging spoliation has the burden to prove by a preponderance of the evidence that the accused party actually destroyed, altered, or failed to preserve relevant evidence." *U.S. E.E.O.C. v. Wedco, Inc.*, No. 3:12-cv-00523-RCJ-VPC, 2014 WL 4635678, at \*2 (D. Nev. Sept. 15, 2014).

Plaintiff represents that the Department of Veterans Affairs ("VA") has been subpoenaed to produce the scooter at issue and that the VA Prosthetics Department is in possession of it. Thus, at this juncture, Defendant cannot demonstrate that the evidence cannot be restored or replaced. In turn, the motion is denied without prejudice until Defendant can represent the status of the scooter in question.

---

[1] This Court understands that Defendant filed the motion in compliance with this Court's deadline to do so.

Plaintiff is further ordered to determine the status of her subpoena. If the VA does not respond within the next 30 days, Plaintiff must promptly seek appropriate relief to enforce the subpoena, including, if necessary, filing a motion to compel compliance.

**I.      Conclusion**

**IT IS THEREFORE ORDERED** that Defendant's motion at ECF No. 21 is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the hearing set for May 6, 2026, is **VACATED**.

.

DATED: May 4, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE