TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the Department of Veterans Affairs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Dominique Antoinette Spitzers,<br><br>Plaintiff,<br><br>v.<br><br>Golden Technologies Inc., *et al.*,<br><br>Defendants. | Case No. 2:25-cv-00541-JAD-BNW<br><br>**Non-Party United States Department of Veterans Affairs' UNOPPOSED Motion for Extension of Time to File Response to Plaintiff's Motion to Compel, ECF No. 26**<br><br>**(Third Request)** |

Non-Party the United States Department of Veterans Affairs ("VA"), by and through undersigned counsel, moves this Court for an additional eight-day extension of time, from July 30, 2026, up to and including **August 7, 2026**, in which to file a response to Plaintiff Dominique Antoinette Spitzers' Motion to Compel ("the motion"), ECF No. 26. Undersigned counsel has been in mandatory training all week; additionally, she will be on unforeseeable family medical leave this week, which necessitated a requested extension to complete the response to Plaintiff's Motion to Compel.

The VA conferred with Plaintiff's counsel, and on July 29, 2026, Plaintiff's counsel consented to the requested extension. This is the VA's third request for an extension of time. This request is made in good faith and not for the purpose of any undue delay.

**<u>Memorandum of Points and Authorities</u>**

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R.

Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Undersigned counsel is acting diligently by coordinating with non-party VA in obtaining the necessary documents and communicating with prior VA's counsel, who has responded to subpoenas for information regarding the scooter. Such information is necessary to respond to the allegations in the motion. Additional time is necessary to allow the undersigned to complete her review of Plaintiff's allegations, coordination with the agency, and the response to the motion. Additionally, undersigned counsel has been in mandatory training all week, and she will be on unforeseeable family medical leave this week. Without such additional time, a proper response cannot be filed. For these reasons, non-party VA respectfully requests an additional eight-day extension from July 30, 2026, to **August 7, 2026**, to file a response to the motion.

///

///

///

///

///

///

///

///

If this motion for an extension of time is granted, the new deadline for the non-party VA to file a response to Plaintiff's motion to compel (ECF No. 26) will be **August 7, 2026**. Given the non-party VA's diligence, good cause exists for the eight-day extension. The VA therefore respectfully requests that the Court grant this motion.

Respectfully submitted this 29th day of July 2026.

TODD BLANCHE
Acting U.S. Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney
*Attorneys for Non-Party United States Department of Veterans Affairs*

**IT IS SO ORDERED:**

______________________________
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** July 29, 2026