TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the Department of Veterans Affairs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Dominique Antoinette Spitzers,<br><br>Plaintiff,<br><br>v.<br><br>Golden Technologies Inc., *et al.*,<br><br>Defendants. | Case No. 2:25-cv-00541-JAD-BNW<br><br>**Non-Party United States Department of Veterans Affairs' UNOPPOSED Motion for Extension of Time to File Response to Plaintiff's Motion to Compel, ECF No. 26**<br><br>**(Fourth Request)** |

Non-Party the United States Department of Veterans Affairs ("VA"), by and through undersigned counsel, moves this Court for an additional five-day extension of time, from August 7, 2026, up to and including **August 12, 2026**, in which to file a response to Plaintiff Dominique Antoinette Spitzers' Motion to Compel ("the motion"), ECF No. 26. Undersigned counsel recently received additional information from the VA which needs to be reviewed and incorporated into the draft response, which necessitates an additional five-day extension to complete the response to Plaintiff's Motion to Compel. The VA conferred with Plaintiff's counsel, and on August 7, 2026, Plaintiff's counsel consented to the requested extension.

This is the VA's fourth request for an extension of time. This request is made in good faith and not for the purpose of any undue delay.

/ / /

**Memorandum of Points and Authorities**

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Undersigned counsel is acting diligently by coordinating with non-party VA in obtaining the necessary documents and communicating with prior VA's counsel, who has responded to subpoenas for information regarding the scooter. Additional time is necessary to allow the undersigned to complete her review of newly received material from the agency and incorporate it into the response to the motion. Without such additional time, a proper response cannot be filed. For these reasons, non-party VA respectfully requests an additional five-day extension from August 7, 2026, to **August 12, 2026**, to file a response to the motion.

///

///

///

///

///

///

///

If this motion for an extension of time is granted, the new deadline for the non-party VA to file a response to Plaintiff's motion to compel (ECF No. 26) will be **August 12, 2026**. Given the non-party VA's diligence, and Plaintiff's lack of opposition, good cause exists for the five-day extension. The VA therefore respectfully requests that the Court grant this motion.

Respectfully submitted this 7th day of August 2026.

TODD BLANCHE
Acting U.S. Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney
*Attorneys for Non-Party United States Department of Veterans Affairs*

**IT IS SO ORDERED.** This Court is not inclined to grant additional extensions.

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 10, 2026