MICHAEL T. HUA, ESQ.
Nevada Bar No. 14547
JERICHO L. REMITIO, ESQ.
Nevada Bar No. 11446
**MICHAEL T. HUA LAW**
6145 W. Spring Mountain Rd., Ste. 201
Las Vegas, Nevada 89146
efile@michaelhua.com
Tel: (702) 852-2228
Fax: (702) 832-0266
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOMINIQUE ANTOINETTE SPITZERS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN TECHNOLOGIES INC., a corporation; DOES I - X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00541-JAD-BNW<br><br>**<u>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE</u>**<br><br>(WITH MUTUAL WAIVER OF ATTORNEY'S FEES AND COSTS) |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DOMINIQUE ANTOINETTE SPITZERS ("Plaintiff"), by and through her counsel of record, MICHAEL T. HUA LAW, and Defendant GOLDEN TECHNOLOGIES, INC. ("Defendant Golden"), by and through its designated defense counsel of record, SCHNITZER, JOHNSON & WATSON, CHTD., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and District of Nevada Local Rule LR 7-1, as follows:

1. Plaintiff DOMINIQUE ANTOINETTE SPITZERS and Defendant GOLDEN TECHNOLOGIES, INC. have conferred in good faith and agreed to a final and complete resolution and dismissal of this civil action upon the terms and conditions set forth herein.

2. All claims and causes of action asserted in this action by Plaintiff against Defendant GOLDEN TECHNOLOGIES, INC., including all Doe and Roe parties, shall be, and hereby are, DISMISSED WITH PREJUDICE.

3. Each party shall bear their own attorney's fees, expert witness fees, litigation expenses, and taxable costs incurred in this action. Neither PLAINTIFF nor Defendant GOLDEN

TECHNOLOGIES, INC. shall file or submit a Bill of Costs, Motion for Taxation of Costs, or Motion for Attorney's Fees pursuant to Federal Rule of Civil Procedure 54(d), 28 U.S.C. § 1920, District of Nevada Local Rules LR 54-1 through LR 54-14, or any other federal or state statutory, common-law, or contractual authority. All rights to seek or recover taxable costs, expenses, and attorney's fees are hereby expressly, completely, and irrevocably waived by each party.

4. All pending deadlines established in the Court's Scheduling Order, including but not limited to upcoming expert witness disclosure deadlines, discovery cut-off dates, dispositive motion deadlines, and pretrial conference settings, are hereby vacated as moot.

5. This Stipulation fully resolves all claims and disputes between the parties arising out of or related to the incident occurring on or about June 24, 2023, involving the Golden Companion mobility scooter (Model: GC340A-STU-RED; Serial No. TCA21K0359 / GS208610).

DATED this 20th day of October 2026.

**MICHAEL T. HUA LAW**

By: /s/ Jericho L. Remitio
MICHAEL T. HUA, ESQ.
Nevada Bar No. 14547
JERICHO L. REMITIO, ESQ.
Nevada Bar No. 11446
6145 Spring Mountain Rd., Ste. 201
Las Vegas, Nevada 89146
*Counsel for Plaintiff Dominique Spitzers*

DATED this 20th day of October 2026.

**SCHNITZER, JOHNSON & WATSON, CHTD.**

By: /s/ Sara A. Pasquale
GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
SARA A. PASQUALE, ESQ.
Nevada Bar No. 14412
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Defendant Golden Technologies, Inc.*

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the foregoing Stipulation of the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), **[ECF No. 56]** and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action, including all claims, cross-claims, counterclaims, and causes of action asserted by Plaintiff DOMINIQUE ANTOINETTE SPITZERS against Defendant GOLDEN TECHNOLOGIES, INC., and all Doe and Roe parties, **is hereby DISMISSED** WITH PREJUDICE.

IT IS FURTHER ORDERED that each party shall bear their own attorney's fees, expert witness fees, litigation expenses, and costs of suit incurred herein. No party shall be deemed a prevailing party for purposes of taxing costs under Federal Rule of Civil Procedure 54(d), 28 U.S.C. § 1920, or Local Rules LR 54-1 through LR 54-14.

IT IS FURTHER ORDERED that all pending discovery deadlines, expert witness disclosure dates, dispositive motion deadlines, and hearing settings are VACATED AS MOOT, and **the Clerk of the Court is directed to close this case.**

________________________________
UNITED STATES DISTRICT JUDGE
October 27, 2026